IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                   PLAINTIFF/RESPONDENT

v.                   No. 2:15-CR-20025-011

MARIA D. JESUS MARTINEZ                   DEFENDANT/PETITIONER

## ORDER

The Court has received a report and recommendation (Doc. 348) from United States Magistrate Judge Mark E. Ford. No objections have been filed, and the deadline for filing objections has passed. The Magistrate recommends that the Court deny Petitioner's 28 U.S.C. § 2255 motion (Doc. 322) to vacate. The Court has reviewed the case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Petitioner Maria D. Jesus Martinez's motion to vacate (Doc. 322) is DENIED and her petition is DISMISSED WITH PREJUDICE. No certificate of appealability shall issue.

Judgment will be entered accordingly.

IT IS SO ORDERED this 16th day of February, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE